AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

**FILED**
4:55 pm Apr 04 2024
Clerk U.S. District Court
Northern District of Ohio
Cleveland

United States of America
v.

Brianna Dixon

*Defendant(s)*

Case No.  1:24mj9085

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2020 to September 2020__ in the county of __the United States of America__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire fraud |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Edgar Koby, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: April 4, 2024 at 4:35 p.m.

*Judge's signature*

City and state:  Cleveland, Ohio

Jennifer Dowdell Armstrong, U.S. Magistrate Judge
*Printed name and title*